# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL #2**: One (1) USPS Priority Express Mail parcel bearing USPS tracking number 9470 1362 0624 9274 7010 15, addressed to "Hector Gonzalez 8543 Wilma Jean Dr San Antonio TX 78224", with a return address of "Winter Wings, LLC 5125 N 58th Ave Glendale AZ 853101". It is a USPS Priority Express Mail white cardboard envelope measuring approximately 12.5" x 9.5", weighing approximately 1 pound, postmarked December 7, 2025.

**SEARCH WARRANT**

Case Number: 25-3475MB

TO: Raymond Shepard and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Raymond Shepard, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL #2:** One (1) USPS Priority Express Mail parcel bearing USPS tracking number 9470 1362 0624 9274 7010 15, addressed to "Hector Gonzalez 8543 Wilma Jean Dr San Antonio TX 78224", with a return address of "Winter Wings, LLC 5125 N 58th Ave Glendale AZ 853101". It is a USPS Priority Express Mail white cardboard envelope measuring approximately 12.5" x 9.5", weighing approximately 1 pound, postmarked December 7, 2025,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **December 24, 2025** (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

**December 10, 2025 @ 4:10 p** at  Phoenix, Arizona
Date and Time Issued          City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*M Morrissey*
Signature of Judicial Officer

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*